## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FINANCIAL STRATEGIES | § | |
| ACQUISITION CORP., | § | CASE NO. 23-42345 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Bonds Ellis Eppich Schafer Jones LLP (the "**Firm**") files this *Notice of Appearance and Request for Service* (the "**Notice of Appearance**") and gives notice of its representation of Continental Stock Transfer & Trust Company ("**Continental**") in the above styled and numbered case (the "**Case**") of the above captioned debtor. The Firm requests that all copies of all notices of meetings, notices of hearings, motions, notices to file claims, pleadings, etc., be provided to the undersigned at the address below:

> C. Josh Osborne
> Texas Bar I.D. No. 24065856
> Email: c.joshosborne@bondsellis.com
> Eric T. Haitz
> Texas Bar I.D. No. 24101851
> Email: eric.haitz@bondsellis.com
> Bonds Ellis Eppich Schafer Jones LLP
> 420 Throckmorton Street, Suite 1000
> Fort Worth, Texas 76102
> (817) 405-6900 telephone
> (817) 405-6902 facsimile

In addition to the notices and papers referred to in Bankruptcy Rules 2002 and 9010(b), the Firm's request also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, and operating reports, whether formal or informal, written or oral,

or transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax, or otherwise.

This Notice of Appearance shall not be deemed or construed as a waiver or consent by Continental (i) to the jurisdiction of the Court, (ii) to trial by jury in any proceedings in this Case or any case, controversy, or proceeding related to this Case, or (iii) of any other rights, claims, actions, setoffs, or recoupments that Continental is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Continental reserves.

Dated: January 24, 2024

Respectfully submitted,

*/s/ C. Josh Osborne*
C. Josh Osborne
Texas Bar I.D. No. 24065856
Eric T. Haitz
Texas Bar I.D. No. 24101851
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: c.joshosborne@bondsellis.com
Email: eric.haitz@bondsellis.com

**COUNSEL FOR CONTINENTAL STOCK TRANSFER & TRUST COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Texas.

*/s/ C. Josh Osborne*
C. Josh Osborne