Revised 12/1/2009                                                                                    LBR Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Financial Strategies Acquisition Corp**                                          Case No.  **4:23-bk-42345**
                                        Debtor(s)                                         Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Cheif Executive Officer of the corporation named as the debtor in this case, hereby verify that

the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 25, 2024**                    **/s/  Alexander Schinzing**
                                               **Alexander Schinzing**/**Cheif Executive Officer**
                                               Signer/Title

Agellanm Commerical REIT US Lp
101 E Old Settlers Blvd
Round Rock, TX 78664


Broadridge res
P.O. BOX 416423
Boston, MA 02241-6423


CALIENTE MANAGEMENT L L C
2626 Cole Ave, Ste.300
Dallas, TX 75204-1094


Celtic Asset & Equity Partners, Ltd.
2626 Cole Avenue, Suite 300
Dallas, TX 75204


CELTIC SPONSOR VII LLC
2626 COLE AVE STE 200
Dallas, TX 75204


Cicero Transact Group, Inc.
1858 Pleasantville Road, Suite 110
Briarcliff Manor, NY 10510


CICERO TRANSACT GROUP, INC.
1858 PLEASANTVILLE RD, STE 110
Croton Falls, NY 10519


Cision us Inc.
12051 Indian Creek Court
Beltsville, MD 20705


Continental Stock Transfer & Trust Co.
One State Street Plaza, 30th Floor
New York, NY 10004


Darren Ryemill
West View House
15 Church Lane Old Sadbury Bristol BS376


DARREN RYEMILL
WEST VIEW HOUSE, 15 CHURCH LANE
OLD SODBURY, BRISTOL, BS37 6NB


Delaware Secretary of State
401 Federal St. Suite 3
Dover, DE 19901


EAGLE POINT CORE INCOME FUND LP
C/O EAGLE POINT CREDIT MANAGEMENT LLC
600 STEAMBOAT RD STE 202
Greenwich, CT 06830-7181


Fleichman Sociedade De Advogados
Rua Batataes 460, Sala 22
Jardim Paulista Sao Paolo SP cep: 01423-

```
FRIO INVESTMENTS L L C
2626 COLE AVE STE 300
Garland, TX 75041


FSC Sponsor LLC
c/o Celtic Asset & Equity Partners, Ltd.
2626 Cole Avenue, Suite 300
Dallas, TX 75204


FSC SPONSOR LLC
2626 COLE AVE STE 300
Dallas, TX 75204


Grant Thornton LLP
2001 Market Street
Two Commerce Square, Suite 700
Philadelphia, PA 19103-7065


GREENTREE FINANCIAL GROUP INC
7951 SW 6TH ST STE 216
Fort Lauderdale, FL 33324


Gregory A. Gaylor, Trustee
7503 Maribeth Drive
Dallas, TX 75252


GREGORY GAYLOR TRUSTEE
THE WILLIAM C GAYLOR & DOROTHY J
GAYLOR REV TRUST
Dallas, TX 75248-4331


Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399


I-BANKERS SECURITIES INC
1208 SHADY LN N
Keller, TX 76248-2733


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


James D. Story
338 Silent Spring Road
Boerne, TX 78006


JAMES D. STORY,
338 SILENT SPRING,
Boerne, TX 78006


JAMES HOPKINS
1515 N FEDERAL HWY STE 300
Boca Raton, FL 33432-1994
```

Jamie Khurshid
Beams End, Old Brighton Road
Pease Pottage, West Sussex RH11 9AJ Unit

Maverick Financial Advisors, LLC
7503 Maribeth Drive
Dallas, TX 75252

Morrow Sodali LLC
333 Ludlow Street, 5th Floor, South Towe
Stamford, CT 06902

Mr. Emil Assentato
141 Piping Rock Road
Boston, MA 02241-6423

PCT PARTNERS LLC
C/O EAGLE POINT CREDIT MANAGEMENT LLC
600 STEAMBOAT RD STE 202
Greenwich, CT 06830-7181

R DOUGLAS ARMSTRONG PHD
1515 N FEDERAL HWY STE 300
Boca Raton, FL 33432-1994

Reliant CPA, P.C.
895 Dove Street, Suite 300 #300180
Newport Beach, CA 92660

ROBERT D KEYSER JR
1515 N FEDERAL HWY STE 300
Boca Raton, FL 33432-1994

SEA OTTER SECURITIES GROUP LLC
107 GRAND ST FL 7
Dallas, TX 75204-1094

SIXTH BOROUGH CAPITAL FUND LP
1515 N FEDERAL HWY STE 300
Boca Raton, FL 33432-1994

Temmelig Investor LLC
c/o Celtic Asset & Equity Partners, Ltd.
Dallas, TX 75204

Toppan Merrill LLC
PO Box 74007295
Chicago, IL 60674