Charles B. Hendricks
State Bar No. 09451050
Christopher J. Volkmer
State Bar No. 20607800
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7300
Fax: (214) 573-7399
Email: cvolkmer@chfirm.com

Attorneys for K3E SPAC Arbitrage Fund, L.P.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In Re: § § | | |
| FINANCIAL STRATEGIES ACQUISITION CORP, § § § | Case No. 23-42345 | |
| Debtor. § § § | Chapter 11 | |

## JOINDER OF K3E SPAC ARBITRAGE FUND L.P. TO OBJECTION OF CONTINENTAL TO MOTION TO COMPEL

TO THE HONORABLE BRENDA T. RHOADES, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW K3E SPAC Arbitrage Fund, L.P. ("K3E") in this case, and hereby files its joinder to the objection of Continental Stock Transfer & Trust Company ("Continental"), and in support thereof would show as follows:

1. The Debtor initiated this case by the filing of a voluntary petition on December 6, 2023.

2. On January 12, 2024, the Debtor filed, on a negative notice basis, its Motion to Compel [Dkt. No. 12]. The Motion to Compel asserts that as of the Petition Date, "the Debtor had funds in the amount of $6,759,963.93" in an account at JP Morgan Chase Bank (the "Funds"), and that the Funds were transferred from Deutsche Bank to JP Morgan Chase Bank at

the request of Continental.  The Motion does not explain why Continental would have the power to transfer the Funds if the Funds belong to the Debtor.  The Motion also does not explain the connection between Continental, the Debtor, and the Funds, even though these facts are known to the Debtor and are explicitly addressed in public filings made by the Debtor with the Securities and Exchange Commission and with the Delaware Secretary of State (the "Public Filings").  In fact, the Public Filings show that the Funds are the subject of an express trust established for the benefit of public shareholders (the "Trust").  Continental is the trustee of that Trust.  Under the terms of the Public Filings, K3E is a public shareholder of the Debtor and a beneficiary of the Trust.

3. In the List of Equity Securities Holders filed by Debtor, the Debtor lists in a single line item "Public Shareholders" [Docket No. 1, page 31] but does not state the names and addresses of the individual public shareholders.  K3E received no notice of the filing of this case or the Motion to Compel and is responding because of its own due diligence in the case.

4. On February 9, 2024, Continental filed an objection to the Motion to Compel (the "Objection") [Dkt. No. 42].  The Objection asserts, among other things, that the Funds are being held for the benefit of public shareholders pursuant to the terms of an express trust, and that the Debtor has no right to access the Funds.

5. K3E hereby joins the Objection of Continental, and objects to the relief sought by the Debtor in the Motion to Compel.

WHEREFORE, PREMISES CONSIDERED, K3E requests that the Court deny the Motion to Compel with prejudice, and for such other and further relief to which K3E may show itself justly entitled.

Dated: February 9, 2024

                Respectfully submitted,

*/s/ Christopher J. Volkmer*
Charles B. Hendricks
State Bar No. 09451050
Christopher J. Volkmer
State Bar No. 20607800
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7300
Fax: (214) 573-7399
Email: cvolkmer@chfirm.com

Attorneys for K3E SPAC Arbitrage Fund, L.P.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served February 9, 2024 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Eastern District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

                */s/ Christopher J. Volkmer*
                Christopher J. Volkmer