**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 23-42345 |
| **Financial Strategies Acquisition Corp.** | Chapter: 11 |
| 85-1792560 | |
| 7503 Maribeth Drive | |
| Dallas, TX 75252 | |
| **Debtor.** | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY
### [11 U.S.C. § 329(a)]

Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that as of **February 13, 2024**, I have agreed to represent the above named debtor and that compensation paid to me or my law firm within one (1) year before the petition in bankruptcy, or agreed to be paid to me or my firm, for services ("**Services**") rendered or to be rendered on behalf of the above referenced debtor in contemplation of or in connection with the bankruptcy case is as follows:

**Prepetition Services**: DeMarco Mitchell, PLLC, ("**DM**") did not represent the Debtor prior to the commencement of the case *sub judice* ("**Petition Date**").

**Retainer**: DM did not request or receive a post-petition retainer.

**Post-petition Services**: DM has agreed to accept payment on an hourly basis plus costs for postpetition services subject to approval by this Court.

**Sharing of Compensation**: DM has not agreed to share the above disclosed compensation with any other person unless they are members or associates of DM.

## **CERTIFICATION**

     I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced bankruptcy case.

Respectfully submitted,

Dated: **March 10, 2024**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791
***Proposed* Counsel for Debtor and Debtor-in-Possession**