DeMarco·Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**  972-991-5591
**F**  972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 23-42345 |
| **Financial Strategies Acquisition Corp.**<br>85-1792560<br>7503 Maribeth Drive<br>Dallas, TX 75252 | Chapter: 11 |
| **Debtor.** | |

**DEBTOR'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF DEMARCO·MITCHELL, PLLC, AS COUNSEL FOR THE DEBTOR
[11 U.S.C. § 327(a) AND FEDERAL RULE 2014(a)]**

### 21-DAY NEGATIVE NOTICE

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading <u>WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE</u> shown in the certificate of service unless the court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The court reserves the right to set a hearing on any matter.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE**:

  **COMES NOW**, **Expansion Industries, LLC**, Debtor and Debtor in possession in the above-styled and numbered case (the "**Debtor**"), and files this *Debtor's Application for Order Authorizing Employment of DeMarco·Mitchell, PLLC as Counsel for the Debtor [11 U.S.C. § 327(a) and Federal Rule 2014(a)]* (the "**Application**") by and through the undersigned attorney. By the

Application, the Debtor requests the entry of an order authorizing the Debtor to employ the firm of DeMarco·Mitchell, PLLC, ("**DM**") as general counsel for the Debtor effective **February 13, 2024**. In support of the Application, the Debtor would respectfully show the Court as follows:

## I.     JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §157(b).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein include §§ 105(a), 327 and 330 of 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014 of the Local Rules of Bankruptcy Procedure for the Northern District of Texas.

## II.     BACKGROUND

4. This case was commenced by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code on **December 6, 2023,** (the "**Petition Date**").

5. No trustee or creditors' committee have been appointed.

6. Debtor's original counsel, Eric A. Liepins is leaving the private practice of law and will no longer be able to assist the Debtor with its Chapter 11 bankruptcy case.

7. Mr. Liepins, with the consent of the Debtor, filed a *Motion to Substitute Counsel of Record* [Docket Entry No. 55] on **February 13, 2024** ("**Motion to Substitute**"). Robert DeMarco has agreed to succeed Mr. Liepins as counsel of record for the Debtor.

8. The Court entered an order granting the Motion to Substitute on February 28, 2024 [Docket Entry No. 74].

### III. RELIEF REQUESTED

9. The Debtor desires to hire DM as counsel to perform extensive legal services as more fully set forth in paragraph 11 herein. The shareholders and/or associates of DM who will be engaged in these proceedings are duly admitted to practice before this Court.

10. The Debtor selected as its attorney the law firm of DM because the firm has experience and knowledge in the field of debtors' and creditors' rights and because it has handled numerous bankruptcy cases and proceedings. Accordingly, Debtor believes DM is qualified to represent it in these proceedings.

11. Subject to the control and further order of this Court, DM will be required to render the following services to the Debtor:

    a. To take all necessary action to protect and preserve the Estate, including the prosecution of actions on its behalf, the defense of any actions commenced against it, negotiations concerning all litigation in which it is involved, and objecting to claims;

    b. To prepare on behalf of the Debtor all necessary motions, applications, answers, orders, reports, and papers in connection with the administration of the estate herein;

    c. To formulate, negotiate, and propose a plan of reorganization; and

    d. To perform all other necessary legal services in connection with these proceedings.

12. DM has indicated a willingness to act on the Debtor's behalf.

13. Pursuant to the provisions of Bankruptcy Rule 2014(a), the Declaration of Robert T. DeMarco is attached hereto as **Exhibit "A"**. Except as may be stated herein and in the declaration of Mr. DeMarco, DM, its associates, shareholders, and other members, to the best of

the Debtor's knowledge, DM: (a) does not hold or represent any material interest adverse to the Debtor or the bankruptcy estate; and (b) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.  Moreover, the Debtor believes the employment of DM is necessary and in the best interest of the Debtor and the bankruptcy estate.

14. The Debtor desires to employ DM on an hourly basis for actual and necessary services rendered by DM, based upon the time, the nature, the extent, and the value of said services, in accordance with the firm's usual rates for the cost of comparable services other than in a case under Chapter 11, together with any reimbursement of the firm's actual and necessary expenses.  The current rates effective on **January 1, 2024**, of the firm are set out in the schedule attached hereto as **Exhibit "B"**.  The Disclosure of Compensation of Attorney for Debtor required by Bankruptcy Rule 2016(b) is attached hereto as **Exhibit "C"**.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor respectfully requests that, subject to the entry of an order granting the Motion to Substitute, it be authorized to employ and retain the law firm of DeMarco·Mitchell, PLLC, in this case under Chapter 11 of the United States Bankruptcy Code; and for such other and further relief as this Court might deem just and proper.

Respectfully submitted,

Dated:  **March 11, 2024**         */s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T   972-991-5591
F   972-346-6791
***Proposed* Counsel for Debtor and Debtor-in-Possession**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **11th day of March, 2024**.  Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below.  Where such electronic service was not possible, service was made via regular first class mail.

**DEBTOR**

**Financial Strategies Acquisition Corp**
7503 Maribeth Drive
Dallas, TX 75252

**TRUSTEE**

**Office of the United States Trustee**
110 North College Avenue, Room 300
Tyler, Texas 75702

**ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE**

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T   972-991-5591
F   972-346-6791

# EXHIBIT "A"

DeMarco·Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 23-42345 |
| **Financial Strategies Acquisition Corp.** | Chapter: 11 |
| 85-1792560 | |
| 7503 Maribeth Drive | |
| Dallas, TX 75252 | |
| Debtor. | |

## DECLARATION OF ROBERT T. DEMARCO IN SUPPORT OF DEMARCO·MITCHELL, PLLC, AS COUNSEL FOR THE DEBTOR
## [11 U.S.C. § 327(a) AND FEDERAL RULE 2014(a)]

I, **Robert T. DeMarco**, hereby state that I am over eighteen (18) years of age, of sound mind, qualified and competent in all respects to make this Declaration, and do so of my own personal knowledge, and further state the following:

### A.    Background

1.    I am an attorney at law admitted to practice in the State of Texas and the Federal District Courts for the Northern and Eastern Districts of Texas. I am a member of the law firm of DeMarco·Mitchell, PLLC ("**DM**"), which firm maintains offices for the practice of law at 12770 Coit Road, Suite 850, Dallas, TX 75251.

2.    DM, its associates, shareholders, and other members, to the best of my knowledge, do not have any connection with the Debtor, its creditors or any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

### B.     Disinterestedness

3. Except as otherwise stated herein, to the best of my knowledge, neither I nor any employee of DM have any connection with the Debtor, its known secured, priority and unsecured creditors, or any other parties in interest or their respective attorneys or accountants.

4. To the best of my knowledge, DM is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that DM:

    a. is not a creditor, equity security holder or insider of the Debtor;

    b. is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and

    c. does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

5. To the best of my knowledge DM neither holds nor represents an interest adverse to the Debtor within the meaning of section 327(a) of the Bankruptcy Code, except as otherwise set forth herein.

6. Neither DM, nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with this bankruptcy case, other than as permitted by the Bankruptcy Code. DM has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) respecting the sharing of compensation among DM's partners.

7. If any new and relevant facts or relationships are discovered or arise, DM will promptly file a supplemental affidavit or declaration in accord with Bankruptcy Rule 2014(a).

### C. Qualifications

8. DM has experience and knowledge in the field of bankruptcy and insolvency law. Personally, I have over 35 years of experience in these areas and am well–qualified to assist the Debtor with such needs.

9. Personally, I hold a Bachelor of Arts in Political Science, and Political Philosophy, from Syracuse University (1984). I also hold a Juris Doctor, from Pepperdine University School of Law (1988).

10. Both I and DM have indicated a willingness to act on behalf of the Debtor and to subject ourselves to the jurisdiction and supervision of this Court.

### D. Scope of Representation

11. DM anticipates providing the following services to the Debtor subject to further order of the Court:

 a. To take all necessary action to protect and preserve the Estate, including the prosecution of actions on its behalf, the defense of any actions commenced against it, negotiations concerning all litigation in which it is involved, and objecting to claims;

 b. To prepare on behalf of the Debtor all necessary motions, applications, answers, orders, reports, and papers in connection with the administration of the estate herein;

 c. To formulate, negotiate, and propose a plan of reorganization; and

     d.     To perform all other necessary legal services in connection with these proceedings.

### E. Compensation and Reimbursement of Expenses

12. DM commenced representation of the Debtor on **February 13, 2024**. DM did not request or receive a post-petition retainer.

13. Pursuant to 11 U.S.C. §329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that DM are the attorneys for the above-named debtor and that compensation paid to DM within one year before the filing of the petition in bankruptcy, or agreed to be paid to DM, for services rendered on behalf of the debtor in contemplation or in connection with the bankruptcy case is as disclosed above.

### F. Verification

14. In accordance with the provisions of 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: **March 11, 2024**                */s/ Robert T. DeMarco*
                                              **Robert T. DeMarco**

# EXHIBIT "B"

# DEMARCO · MITCHELL, PLLC

12770 Coit Road, Suite 850
Dallas, TX 75251

## RATE SCHEDULE

| ATTORNEY | RATE / HOUR |
|---|---|
| Robert T. DeMarco | $300.00 |
| Michael S. Mitchell | $275.00 |

| PARALEGAL | |
|---|---|
| Barbara Drake | $125.00 |

# EXHIBIT "C"

DeMarco Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| IN RE: | Case No.: | 23-42345 |
|---|---|---|
| **Financial Strategies Acquisition Corp.** | Chapter: | 11 |
| 85-1792560 | | |
| 7503 Maribeth Drive | | |
| Dallas, TX 75252 | | |
| Debtor. | | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY
## [11 U.S.C. § 329(a)]

Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that as of **February 13, 2024**, I have agreed to represent the above named debtor and that compensation paid to me or my law firm within one (1) year before the petition in bankruptcy, or agreed to be paid to me or my firm, for services ("**Services**") rendered or to be rendered on behalf of the above referenced debtor in contemplation of or in connection with the bankruptcy case is as follows:

**Prepetition Services**:  DeMarco Mitchell, PLLC, ("**DM**") did not represent the Debtor prior to the commencement of the case *sub judice* ("**Petition Date**").

**Retainer**:  DM did not request or receive a post-petition retainer.

**Post-petition Services**:  DM has agreed to accept payment on an hourly basis plus costs for postpetition services subject to approval by this Court.

**Sharing of Compensation**:  DM has not agreed to share the above disclosed compensation with any other person unless they are members or associates of DM.

**CERTIFICATION**

    I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced bankruptcy case.

Respectfully submitted,

Dated: **March 10, 2024**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791
***Proposed*** **Counsel for Debtor and Debtor-in-Possession**

## **CERTIFICATION**

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced bankruptcy case.

Respectfully submitted,

Dated: **March 10, 2024**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791
***Proposed* Counsel for Debtor and Debtor-in-Possession**

```
Label Matrix for local noticing          Broadridge res                          Celtic Asset & Equity Partners, Ltd.
0540-4                                   PO Box 416423                           2626 Cole Ave. Ste. 300
Case 23-42345                            Boston, MA 02241-6423                   Dallas, TX 75204-1094
Eastern District of Texas
Sherman
Sun Mar 10 21:31:29 CDT 2024

Cicero Transact Group, Inc.              Cision US Inc.                          Continental Stock Transfer & Trust Co.
1858 Pleasantville Rd., Ste. 110         12051 Indian Creedk Ct.                 One State Street Plaza
Briarcliff Manor, NY 10510-1025          Beltsvile, MD 20705-1261                30th Fl
                                                                                 New York, NY 10004-1571


Delaware Secretary of State              FSC Sponsor LLC                         Financial Strategies Acquisition Corp
401 Federal St., Ste. 3                  c/o Celtic Asset & Equity Partneers, Ltd 7503 Maribeth Drive
Dover, DE 19901-3639                     2626 Cole Ave., Ste. 300                Dallas, TX 75252-6819
                                         Dallas, TX 75204-1094


Fleichman Sociedade De Advogados         Grant Thornton LLP                      Haynes & Boone, LLP
Rua Batataes 460, Slas 22                2001 Market St.                         P.O. Box 841399
Jardim Paulista                          Two Commerce Squiare, Ste. 700          Dallas, TX 75284-1399
Sao Paolo SE cep: 01423-010              Philadelphia, PA 19103
Brazil


Maverick Financial Advisors, LLC         Morrow Sodali LLC                       Periscope Capital Inc.
7503 Maribeth Dr.                        333 Ludlow St., 5th Fl.                 333 Bay St. Suite 1240
Dallas, TX 75252-6819                    South Tower                             Toronto Canada
                                         Stamford, CT 06902-6991


Shaolin Capital Management, LLC          Spring Creek Capital LLC                Plano - U. S. Bankruptcy Court
c/o Wick Phillips Attn: Jason Rudd       4111 East 37th Street North             Suite 300B
3131 McKinney Ave.                       Witchita, KS 67220-3203                  660 North Central Expressway
Suite 500                                                                        Plano, TX 75074-6795
Dallas, TX 75204-2441


Agellanm Commerical REIT US Lp           (p)BROADRIDGE FINANCIAL SOLUTIONS       Broadridge res
101 E Old Settlers Blvd                  1155 LONG ISLAND AVENUE                 P.O. BOX 416423
Round Rock, TX 78664-2268                EDGEWOOD NY 11717-8309                  Boston, MA 02241-6423


CALIENTE MANAGEMENT L L C                CICERO TRANSACT GROUP, INC.             Celtic Asset & Equity Partners, Ltd.
2626 Cole Ave, Ste.300                   1858 PLEASANTVILLE RD, STE 110          2626 Cole Avenue, Suite 75204-1094
Dallas, TX 75204-1094                    Croton Falls, NY 10519


Cicero Transact Group, Inc.              Cision us Inc.                          Cision us Inc.
1858 Pleasantville Road, Suite 10510-1025 12051 Indian Creek Court 20705-1261   12051 Indian Creek Court
                                                                                 Beltsville, MD 20705-1261


Continental Stock Transfer & Trust Co.   EAGLE POINT CORE INCOME FUND LP         FRIO INVESTMENTS L L C
One State Street Plaza, 30th Floor       C/O EAGLE POINT CREDIT MANAGEMENT LLC   2626 COLE AVE STE 300
New York, NY 10004-1571                  600 STEAMBOAT RD STE 202                Garland, TX 75041
                                         Greenwich, CT 06830-7181
```

| | | |
|---|---|---|
| FSC Sponsor LLC<br>c/o Celtic Asset & Equity Partners, Ltd.<br>2626 Cole Avenue, Suite 75204-1094 | GREENTREE FINANCIAL GROUP INC<br>7951 SW 6TH ST STE 216<br>Fort Lauderdale, FL 33324-3276 | GREGORY GAYLOR TRUSTEE<br>THE WILLIAM C GAYLOR & DOROTHY J<br>GAYLOR REV TRUST<br>Dallas, TX 75248-4331 |
| Grant Thornton LLP<br>2001 Market Street<br>Two Commerce Square, Suite 700<br>19103-7065 | Gregory A. Gaylor, Trustee<br>7503 Maribeth Drive 75252-6819 | Gregory A. Gaylor, Trustee<br>7503 Maribeth Drive<br>Dallas, TX 75252-6819 |
| Haynes and Boone, LLP<br>P.O. Box 841399<br>75284-1399 | I-BANKERS SECURITIES INC<br>1208 SHADY LN N<br>Keller, TX 76248-2733 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JAMES D. STORY,<br>338 SILENT SPRING,<br>Boerne, TX 78006-8273 | JAMES HOPKINS<br>1515 N FEDERAL HWY STE 300<br>Boca Raton, FL 33432-1994 |
| James D. Story<br>338 Silent Spring Road<br>Boerne, TX 78006-8273 | Maverick Financial Advisors, LLC<br>7503 Maribeth Drive 75252-6819 | Morrow Sodali LLC<br>333 Ludlow Street, 5th Floor, South Towe 0690 |
| Morrow Sodali LLC<br>333 Ludlow Street, 5th Floor, South Towe<br>Stamford, CT 06902-6987 | Mr. Emil Assentato<br>141 Piping Rock Road<br>02241-6423 | Mr. Emil Assentato<br>141 Piping Rock Road<br>Boston, MA 02241-6423 |
| PCT PARTNERS LLC<br>C/O EAGLE POINT CREDIT MANAGEMENT LLC<br>600 STEAMBOAT RD STE 202<br>Greenwich, CT 06830-7181 | R DOUGLAS ARMSTRONG PHD<br>1515 N FEDERAL HWY STE 300<br>Boca Raton, FL 33432-1994 | ROBERT D KEYSER JR<br>1515 N FEDERAL HWY STE 300<br>33432-1994 |
| ROBERT D KEYSER JR<br>1515 N FEDERAL HWY STE 300<br>Boca Raton, FL 33432-1994 | Reliant CPA, P.C.<br>895 Dove Street, Suite 92660-2996 | Reliant CPA, P.C.<br>895 Dove Street, Suite 300 #300180<br>Newport Beach, CA 92660-2996 |
| SEA OTTER SECURITIES GROUP LLC<br>107 GRAND ST FL 7<br>Dallas, TX 75204-1094 | SIXTH BOROUGH CAPITAL FUND LP<br>1515 N FEDERAL HWY STE 300<br>Boca Raton, FL 33432-1994 | Temmelig Investor LLC<br>c/o Celtic Asset & Equity Partners, Ltd.<br>75204 |
| Temmelig Investor LLC<br>c/o Celtic Asset & Equity Partners, Ltd.<br>Dallas, TX 75204 | Toppan Merrill LLC<br>PO Box 60674-7295 | Toppan Merrill LLC<br>PO Box 74007295<br>Chicago, IL 60674-7295 |

```
US Trustee                              Darren Ryemill                             Emil Assentato
Office of the U.S. Trustee              West View House                            141 Piping Rock Rd.
110 N. College Ave.                     15 Church Lane                             Boston, MA 02241-6423
Suite 300                                Bristol BS376NB United Kingdom
Tyler, TX 75702-7231                    Old Sadbury


Gregory A. Gaylor                       James Khurshid                             Robert DeMarco III
7503 Maribeth Dr.                       Beams End                                  Robert Demarco
Dallas, TX 75252-6819                   Old Brighton Road                          12770 Coit Road
                                        Pease Pottage, West Sussex RH11 9AJ        Suite 850
                                        United Kingdom                             Dallas, TX 75251-1364
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Broadridge Financial Solutions
1155 long Island Avanue
Edgewood, NY 11717
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)AGELLAN COMMERCIAL REIT U.S. L.P.    (u)Clear Street LLC                        (u)K3E SPAC Arbitrage Fund, L.P.




(u)Austin Bio-Sciences Inc              (d)Celtic Asset & Equity Partners, Ltd.    (u)Darren Ryemill
                                        2626 Cole Avenue, Suite 300                West View House
                                        Dallas, TX 75204-1094                      15 Church Lane Old Sadbury Bristol BS376


(d)Delaware Secretary of State          (u)Fleichman Sociedade De Advogados        (d)Haynes and Boone, LLP
401 Federal St. Suite 3                 Rua Batataes 460, Sala 22                  P.O. Box 841399
Dover, DE 19901-3639                    Jardim Paulista Sao Paolo SP cep: 01423-   Dallas, TX 75284-1399


(u)James D. Story                       (u)Jamie Khurshid                          (d)Maverick Financial Advisors, LLC
338 Silent Spring Road                  Beams End, Old Brighton Road               7503 Maribeth Drive
79006                                   Pease Pottage, West Sussex RH11 9AJ Unit   Dallas, TX 75252-6819



(d)James D. Story                       End of Label Matrix
338 Silent Spring Rd.                   Mailable recipients    65
Boerne, TX 78006-8273                   Bypassed recipients    13
                                        Total                  78
```