# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **FINANCIAL STRATEGIES ACQUISITION** | § | **Case No. 23-42345** |
| **CORP.** | § | |
| Last 4 Digits of Tax ID No. (2560) | § | |
| 7503 Maribeth Drive, Dallas, Texas 75252 | § | |
| | § | |
| **DEBTOR** | § | |
| | § | **Chapter 11** |

### ORDER GRANTING EMERGENCY HEARING ON
### REQUEST AND APPLICATION FOR EMERGENCY HEARING ON
### CONTINENTAL'S OBJECTION TO DEBTOR'S NOTICE OF
### WITHDRAWAL OF MOTION TO COMPEL [Relates to ECF Nos. 95 and 97]

ON THIS DATE the Court considered the request for emergency hearing filed by Continental Stock Transfer & Trust Company ("Continental") in conjunction with its *Request and Application for Emergency Hearing* ("Application for Emergency Hearing") on the *Objection to Debtor's Notice of Withdrawal of Motion to Compel* ("Objection"), which was filed on May 3, 2024. The Court finds that the request complies with LBR 9007(b) and demonstrates that sufficient cause exists for shortening the normal response time and scheduling an emergency hearing on the Objection. Accordingly,

**IT IS THEREFORE ORDERED** that the responses to the Objection shall be filed no later than **May 6, 2024**.

**IT IS FURTHER ORDERED** that the Application for Emergency Hearing is **GRANTED** and that a hearing on Continental's Objection shall be held on **May 7, 2024 at 10:00 a.m.** in the Courtroom of the United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas 75074.

**IT IS FURTHER ORDERED** that Continental or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Objection and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 05/03/2024

_Brenda T. Rhoades_   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE